

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00095-CR

Jesus **PADILLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 394254
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED. Time is extended to September 8, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court